

# Fourth Court of Appeals
## San Antonio, Texas

October 03, 2013

No. 04-13-00557-CV

**IN THE INTEREST OF L.G.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013MH2254
Honorable Polly Jackson Spencer, Judge Presiding

# ORDER

Appellant has filed a motion to consolidate these appeals. We grant the motion in part and **order** Appeal Nos. 04-13-00556-CV and 04-13-00447-CV consolidated. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal.

However, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2013.

Keith E. Hottle
Clerk of Court